# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEVONTE MD KING,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KENDELL ALLISON and<br>J. ERICKSON,<br><br>　　　　　Defendants. | 4:21CV3052<br><br><br>**MEMORANDUM<br>AND ORDER** |

On May 6, 2021, the court ordered Plaintiff to file an amended complaint by June 7, 2021, or face dismissal of this action. (Filing 7.) To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1.　This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2.　The court will enter judgment by a separate document.

Dated this 8th day of June, 2021.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　Senior United States District Judge